

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: ROBERT J. GAUDET, JR., | § | No. 08-21-00054-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

**O R D E R**

Relator has filed a motion for emergency relief. Having considered the motion, the response, and the reply, the Court DENIES Relator's motion for emergency relief.

IT IS SO ORDERED this 9th day of April, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J. and Marion, C.J. (Senior Judge)
Marion, C.J. (Senior Judge), sitting by assignment